LTR PROPERTIES, LLC, Appellant,

v.

PIZZADILI PARTNERS, LLC, Kent County Board of Adjustment, Appellees.

No. 459, 2016

Supreme Court of Delaware.

Submitted: February 15, 2017

Decided: February 23, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. K16A–02–004

AFFIRMED.

■

Patrick SWIER, M.D. and Patrick Swier, M.D., P.A., Defendant Below, Appellants,

v.

Patricia A. MCLEOD, Plaintiff Below, Appellee.

No. 332, 2016

Supreme Court of Delaware.

Submitted: February 15, 2017

Decided: February 23, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. S12C–07–004

AFFIRMED.

■

Jack MORRIS,* Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 362, 2016

Supreme Court of Delaware.

Submitted: February 22, 2017

Decided: February 23, 2017

Court Below: Family Court of the State of Delaware, in and for New Castle County. C.A. No. 1604006430

AFFIRMED.

■

Akeem COSTON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 439, 2016

Supreme Court of Delaware.

Submitted: February 15, 2017

Decided: February 23, 2017

Court Below—Superior Court of the State of Delaware, I.D. Nos.: 1502014659 and 1502014656

AFFIRMED.

* By Order dated July 14, 2016, the Court assigned pseudonyms to the parties pursuant to Del. Supr. Ct. R. 7(d).